UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL MOSHIR, <br><br> Plaintiff, <br><br> -against- <br><br> CARLEEN LEZAMA, et al., <br><br> Defendants. | 1:23-CV-7831 (LTS) <br><br> ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated September 15, 2023, the Court directed Plaintiff, within 30 days, to submit a completed and signed amended request to proceed *in forma pauperis* ("IFP" or "IFP application") or pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not filed an amended IFP application or paid the fees. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a judgment dismissing this action.

The Court also directs the Clerk of Court to provide Plaintiff with a copy of this order and the accompanying judgment via receipt at the court's Pro Se Intake Unit desk.

SO ORDERED.

Dated: November 16, 2023
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge